[No. 3419.]

EMPIRE RANCH AND CATTLE CO. v. HOWELL ET AL.

Judgment affirmed on the authority of the opinion in No. 3417 ante.

*Appeal from Yuma District Court.* HON. H. P. BURKE, Judge.

Mr. AUGUST MUNTZING, Mr. EGBERT MORE, for appellant.

Mr. JOHN F. MAIL, for appellee.

*Per curiam.*

Judgment affirmed on the authority of *The Empire Ranch and Cattle Company v. Herrick et al.,* No. 3417. *Affirmed.*